10/06/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 4, 2003

10:15 a.m.

CASE NO.  3-01-cv-1985 Bodycote (Southwest) v United Dominion
-----------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Ross B. Bricker | Jenner & Block, One IBM Plaza Suite 4400, Chicago, IL 312-222-9350 |
| David C. Layden | Jenner & Block, One IBM Plaza Suite 4400, Chicago, IL 312-222-9350 |
| William J. Melley III | Law Offices of William J. Melley, III, 250 Hudson Street, Hartford, CT 860-247-9933 |
| Diane C. Mokriski | O'Connell, Flaherty & Attmore, 280 Trumbull St., Hartford, CT 860-548-1300 |
| Julia B. Morris | O'Connell, Flaherty & Attmore, 280 Trumbull St., Hartford, CT 860-548-1300 |
| Michael D. O'Connell | O'Connell, Flaherty & Attmore, 280 Trumbull St., Hartford, CT 860-548-1300 |
| Randall G. Vaughan | Pray, Walker, Jackman, Williamson & Marlar, 100 W. 5th St. 900 ONEOK Plaza, Tulsa, OK 918-581-5513 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/4/03

40 min.