# Bodycote Hinderliter
### THERMAL PROCESSING
## QUOTATION

☐ 10543 Doric St.
Dallas, TX 75354
FAA Repair Station No. H8HR774J
(214) 904-2438   FAX (214) 904-2433

☒ 2005 Montgomery St.
Fort Worth, TX 76107
FAA Repair Station No. HG9R614J
(817) 737-6651   FAX (817) 377-9610

**To:** FENN MANUFACTURING
300 FENN ROAD
NEWINGTON, CT 06111

**DATE:** 11/05/99
**MATL.:** 4340
**SPEC.:** BAC-5617
**NO. OF PCS.:**

**PERSON INQUIRING:** JOE CORENZO
**PART NUMBER:** 114R3352
**SIZE:** SEE BLUE PRINT   **WT.**

| Description | Unit Price | Total |
|---|---|---|
| FABRICATE HANGING FIXTURE | ---- | $7500.00 |
| HANG VERTICAL<br>PREHEAT<br>AUSTENTIZE IN ATMOSPHERE FURNACE<br>OIL QUENCH<br>AS QUENCH HARDNESS TEST<br>TEMPER TO 150-170 KSI | $380.00 EACH | $750.00 MINIMUM CHARGE |
| 100% HARDNESS TEST | $15.00 EACH | $37.00 MC |
| DECARB TEST | | $63.00 LOT |
| TENSILE TEST IF REQUIRED (3) PER EACH HEAT TREAT LOT | $80.00 EACH | $240.00 HEAT TREAT LOT |
| NOTES: THE FABRICATION OF HANGING FIXTURES WILL TAKE (10-15) WORKING DAYS AFTER RECIPT NOF MATERIALS. BODYCOTE WILL REQUIRE A SEPERATE PURCHASE ORDER FOR ALL TOOLING, PAYABLE UPON COMPLETION OF TOOLING.<br>---- THE ABOVE TOOLING COST IS A NOT TO EXCEED VALUE. | | |

**REMARKS** ALL HEAT TREAT IS SUBJECT TO A 1% ENERGY SURCHARGE.

Note: All work accepted and performed in accordance with MTI Statement of Liability and Bodycote Hinderliter Thermal Processing terms and conditions shown on reverse.
Date Mailed: 11-5-99   Authorized Representative: [signature]

NOV-05-99 15:57 FRI   TEL)8173779610   ID)FENN NEWINGTON   PAGE:001 R=97%