# Fenn·Manufacturing

**SHIP & INVOICE TO:**
30* Fenn Road
Newington, CT 06111
Tel. 860-666-2471   Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

**PURCHASE ORDER**
25593
PAGE: 1

MAY 1 0 1999

23300
HINDERLITER HEAT TREATING
2005 MONTGOMERY STREET
FORT WORTH         TX 76107-

Deliver To: INSPECTION

Buyer: CHARLIE PHILLIPS

CONTRACT: N/A    RATING:

| ITEM | QTY | UM | FENN PART NUMBER | REV | DESCRIPTION | DEL QTY | TERMS | DEL DATE | DEL # | ACKNOWLEDGEMENT | TAXABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 22 | EA | 414R3352-3 | | RING ASSY | REQ# 22 | ASAP | 10959 | ACCT 13000060 001 | 1346  380.00 | 8360. |
| | | | $750.00 MINIMUM CHARGE | | | | | | | | |
| Comment | | | CERTIFY TO P/N 114R3352-3 SWASHPLATE (DETAIL) | REV.G | | | | | | | |
| | | | CHARGE TO P/N 414R3352-3 SWASHPLATE ASSY. | (REV. "ORIG") | | | | | | | |
| | | | (22)PC'S.: S/O 1346 RS-5 C/O N/A U/O 33107-0 SER.NO'S.: UW139 THRU UW160 | | | | | | | | |
| | | | HEAT TREAT PER OP120: | | | | | | | | |
| | | | <<<<<<<<<<<<<<<<<<< CRITICAL >>>>>>>>>>>>>>>>>> | | | | | | | | |
| | | | HEAT TREAT PER BAC5617 REV.R, PSD 8-17 | | | | | | | | |
| 02 | 22 | EA | HARDNESS TEST | | | REQ# 22 | ASAP | | ACCT 13000060 001 | 1346  15.00 | 330. |
| | | | $37.00 MINIMUM CHARGE | | | | | | | | |
| 03 | 5 | LT | DECARB TEST PER LOT | | | REQ# 5 | ASAP | | ACCT 13000060 001 | 1346  53.00 | 265. |

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTARIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY-ING TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

ALSO: FENN MFG. CO. Terms and Conditions Apply

# Fenn Manufacturing

**PURCHASE ORDER**  25593  PAGE 2

**SHIP & INVOICE TO:**
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471   Fax 860-667-2103
F.A.A. Repair Station No. FNGR826K
CT Resale # 0728535-002

23300
HINDERLITER HEAT TREATING
2005 MONTGOMERY STREET
FORT WORTH   TX 76107-

**Deliver To:** INSPECTION

Buyer: CHARLIE PHILLIPS

CONTRACT: N/A   RATING:   TAXABLE:

| FENN PART NUMBER | REV | DESCRIPTION | DEL QTY | DEL DATE | DEL # |
|---|---|---|---|---|---|
| | | | | | 8955. |

TOTAL:

**Comment:**

THE FOLLOWING PARA'S. OF MIL-I-45208A APPLY: 3.1, 3.2.1, 3.2.2, 3.2.3, 3.3, 3.5, 3.7 & 3.12.
THE FOLLOWING PARA'S. OF MIL-Q-9858A APPLY: 3.1, 3.2, 3.3, 5.1, 5.2, 6.2 & 6.4.
ANSI/NCSL Z540-1 (1994) APPLIES (SUPERCEDING MIL-STD-45662A)

* THE REQUIREMENTS OF DC-0965 REV. A APPLY TO THIS PURCHASE ORDER *

ALL CERTIFICATIONS MUST INCLUDE PART NO. & REVISION, OPERATION NO.,
SPECIFICATION REVISIONS, AMENDMENTS AND PSD'S, SERIAL NOS., AND AN
AUTHORIZED SIGNATURE AND TYPED NAME AND TITLE OF COMPANY EMPLOYEE,
WHO HAS BEEN PREVIOUSLY DESIGNATED IN WRITING TO FENN MFG. BY A
COMPANY OFFICER, AS BEING AUTHORIZED TO CERTIFY THIS MATERIAL/PROCESS.

NOTE: ALL SPECIFICATION REVISIONS AND PSD'S ARE LISTED IN BOEING'S
DOCUMENT D1-4426; CERTIFY TO PSD'S 8-* THAT ARE APPLICABLE.

CERTIFICATION MUST STATE ****"FLIGHT SAFETY PART"****

CERTIFICATION MUST STATE *** CLASS "A" CRITICAL ***

THE REQUIREMENTS OF THIS PURCHASE ORDER MUST BE FLOWED DOWN TO
SUB-TIER SUPPLIERS.

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTORIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY-ING TO MATERIAL SPECIFIED ON THIS ORDER
CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

ALSO: FENN MFG. CO. Terms and Conditions Apply.



# Fenn Manufacturing

**PURCHASE ORDER**

25593

PAGE: 3

**SHIP & INVOICE TO:**
3.0 Fenn Boed
Newington, CT 06111
Tel. 860-666-2471   Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

**Deliver To:** INSPECTION

23300
HINDERLITER HEAT TREATING
2005 MONTGOMERY STREET
FORT WORTH    TX 76107-

Buyer: CHARLIE PHILLIPS

CONTRACT:    N/A                RATING:         TAXABLE:

| ITEMS | SHIP VIA | DEL DATE | DEL QTY | DEL # |
|---|---|---|---|---|

THREE (3) ORIGINAL CERTS FOR MATERIAL/PROCESS REQUIRED WITH SHIPMENT.

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTARIZED REPORTS CONTAINING HEAT AND/OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY- ING TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

ALSO, FENN MFG. CO. Terms and Conditions Apply

# Fenn Manufacturing

**PURCHASE ORDER**    26886    PAGE: 1

**SHIP & INVOICE TO:**
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471  Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

23300
BODYCOTE
2005 MONTGOMERY STREET
FORT WORTH    TX 76107-

**Deliver To:** INSP

Buyer: JOE CARENZO

CONTRACT: N/A    RATING: N/A    TAXABLE: N/A

| ITEM | QTY | UM | FENN PART NUMBER / DESCRIPTION | SHIP VIA / FOB / TERMS | DEL QTY / DEL DATE / SP DEL # | ACKNOWLEDGEMENT | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | Comment: ***CHANGE ORDER #1 DATED 09/12/00 IS BEING ISSUED TO CHANGE QUANTITY OF LINE ITEM 3 FROM 1 TO 2. ALL ELSE REMAINS THE SAME.*** | | | | | |
| 01 | 6 | EA | 414R3352-3    RING ASSY<br>$750.00 MINIMUM CHARGE | | REQ# 12071  ACCT 1300060<br>6 ASAP    001<br>6/27/00 | 1345 | 380.00 | 2280.00 |
| | | | Comment: CERTIFY TO F/N 114R3352-4 REV. H<br>S/N'S: WVM VW161 THROUGH WVM VW166<br>CHARGE TO ASSY NUMBER 414H3352-3 REV "ORIG."<br>STEEL SWASHPLATE ASSY<br>S/O 1345 RS-6  C/O N/A  W/O 33949-0<br>HEAT TREAT PER OP120 (CRITICAL)<br>HEAT TREAT PER BAC 5617 RHV R, PSD 8-17<br>TO 150-170 KSI<br>SURFACE OF FINISHED PART TO HAVE NO DECARBURIZATION. | | | | | |
| 02 | 6 | LO | HARDNESS TEST<br>N/A | | REQ# ACCT 1300060<br>6 ASAP  001 | 1345 | 15.00 | 90.00 |
| 03 | 2 | LO | DECARB TEST<br>N/A | | REQ# ACCT 1300060<br>2 ASAP  001 | 1345 | 53.00 | 106.00 |

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTORIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY. MFG TO MATERIALS SPECIFIED ON THIS ORDER
CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

ALSO: FENN MFG. CO Terms and Conditions Apply.



# Fenn Manufacturing

**SHIP & INVOICE TO:**
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471   Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

**PURCHASE ORDER**

26886

PAGE 2

23100
BODYCOTE
2005 MONTGOMERY STREET
FORT WORTH          TX 76107-

Deliver To: INSP

Buyer: JOE CARENZO

CONTRACT: N/A    RATING:    N/A   TAXABLE:

| ITEM | QTY | FENN PART NUMBER | REV | SHIPVIA | PROC | DESCRIPTION | DEL QTY | DEL DATE | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|

Comment: THE FOLLOWING PARA OF MIL-I-45208A APPLY: 3.1, 3.2.1, 3.2.2, 3.2.3,
3.3, 3.5, 3.7, & 3.12.

ANSI/NCSL Z540-1 (1994) APPLIES.

THE FOLLOWING PARA. OF MIL-Q-9858A APPLY 3.1, 3.2, 3.3, 5.1, 5.2,
6.2, 6.4.

REQUIREMENTS OF D8-0965 REV. A APPLY TO THIS ORDER.

ALL CERTIFICATIONS MUST INCLUDE PART NO., PART NO. REV, OPERATION NO.,
SPECIFICATION REVISIONS, AMENDMENTS AND PSD'S, SERIAL NOS., AND AN
AUTHORIZED SIGNATURE AND TYPED NAME AND TITLE OF COMPANY EMPLOYEE,
WHO HAS BEEN PREVIOUSLY DESIGNATED IN WRITING TO FENN MFG, BY A
COMPANY OFFICER, AS BEING AUTHORIZED TO CERTIFY THIS MATERIAL/PROCESS.

ALL SPECIFICATION REVISIONS AND PSD'S ARE LISTED IN BOEING'S
DOCUMENT D1-4426 CERTIFY TO PSD'S 8-* THAT ARE APPLICABLE.

*****************************
***"FLIGHT SAFETY PART"***
*****************************

CERTIFICATION MUST STATE

CERT MUST STATE "CRITICAL CHARACTERISTIC"

THE REQUIREMENTS OF THIS PURCHASE ORDER MUST BE FLOWED DOWN TO

TOTAL: 2476.

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTARIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY- ING TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT



# Fenn Manufacturing

**PURCHASE ORDER**  26886  PAGE 1

SHIP & INVOICE TO:
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471   Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

23300
BODYCOTE
2005 MONTGOMERY STREET
FORT WORTH   TX 76107-

Deliver To: INSP

Buyer: JOE CARENZO

CONTRACT: N/A   TERMS: N/A   RATING: N/A   TAXABLE: N/A

| ITEM | QTY | U/M | FENN PART NUMBER | DESCRIPTION | DEL QTY | DEL DATE | ACCT | DEL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 | EA | 414R3352-3 | RING ASSY | REQ# 6 | 12071 ASAP | 1345 | 1300060 001 | 380.00 | 2280.00 |
| | | | $750.00 MINIMUM CHARGE | | | | | | | |
| Comment: | | | CERTIFY TO P/N 114R3352-4 REV. H  S/N'S: WVM UW161 THROUGH WVM UW166 | | | | | | | |
| | | | CHARGE TO ASSY NUMBER 414R3352-3 REV "ORIG." STEEL SWASHPLATE ASSY S/O 1345 RS-6 C/O N/A W/O 33949-0 | | | | | | | |
| | | | HEAT TREAT PER OP120 <CRITICAL> HEAT TREAT PER BAC 5617 REV R, PSD 8-17 TO 150-170 KSI SURFACE OF FINISHED PART TO HAVE NO DECARBURIZATION. | | | | | | | |
| 02 | 6 | LO | HARDNESS TEST N/A | | RFQ# 6 | ASAP | 1345 | 1300060 001 | 15.00 | 90.00 |
| 03 | 1 | LO | DECARB TEST N/A | | RFQ# 1 | ASAP | 1345 | 1300060 001 | 53.00 | 53.00 |
| Comment: | | | THE FOLLOWING PARA OF MIL-I-45208A APPLY: 3.1, 3.2.1, 3.2.2, 3.2.3, 3.3, 3.5, 3.7, & 3.12. | | | | | | TOTAL: | 2423.00 |

YOU ARE TO FURNISH THREE (3) COPIES OF NOTARIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY. PMO TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

ALSO: FENN MFG. CO. Terms and Conditions Apply.

# Fenn Manufacturing

**SHIP & INVOICE TO:**
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471   Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

# PURCHASE ORDER

**26886**
PAGE 2

23300
BODYCOTE
2005 MONTGOMERY STREET
FORT WORTH   TX 76107-

**Deliver To:** INSP

Buyer: JOE CARENZO

CONTRACT: N/A   RATING: N/A   TAXABLE:

| FENN PART NUMBER | REV | SHIP VIA | FOB | TERMS | ACKNOWLEDGMENT | DESCRIPTION | DEL QTY | DEL DATE | DEL # |
|---|---|---|---|---|---|---|---|---|---|

ANSI/NCSL Z540-1 (1994) APPLIES.

THE FOLLOWING PARA. OF MIL-Q-9858A APPLY: 3.1, 3.2, 3.3, 5.1, 5.2, 6.2, 6."

REQUIREMENTS OF D8-0965 REV. A APPLY TO THIS ORDER.

ALL CERTIFICATIONS MUST INCLUDE PART NO., PART NO. REV, OPERATION NO., SPECIFICATION REVISIONS, AMENDMENTS AND PSD'S, SERIAL NOS., AND AN AUTHORIZED SIGNATURE AND TYPED NAME AND TITLE OF COMPANY EMPLOYEE, WHO HAS BEEN PREVIOUSLY DESIGNATED IN WRITING TO FENN MFG. BY A COMPANY OFFICER, AS BEING AUTHORIZED TO CERTIFY THIS MATERIAL/PROCESS.

ALL SPECIFICATION REVISIONS AND PSD'S ARE LISTED IN BOEING'S DOCUMENT D1-4426 CERTIFY TO PSD'S B-* THAT ARE APPLICABLE.

*************************
CERTIFICATION MUST STATE ***"FLIGHT SAFETY PART"***
*************************

CERT MUST STATE "CRITICAL CHARACTERISTIC"

THE REQUIREMENTS OF THIS PURCHASE ORDER MUST BE FLOWED DOWN TO SUB-TIER SUPPLIERS.

THREE (3) ORIGINAL CERTS FOR MATERIAL/PROCESS REQUIRED WITH SHIPMENT.

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTARIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY AND TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

ALSO: ° FENN MFG. CO. Terms and Conditions Apply.

# Fenn Manufacturing

**PURCHASE ORDER**

27058

PAGE 1

**SHIP & INVOICE TO:**
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471  Fax 860-667-2103
F.A.A. Repair Station No. FNGR826K
CT Resale # 0728535-002

(F 225)

Deliver To:

23300
BODYCOTE
2005 MONTGOMERY STREET
FORT WORTH    TX 76107

Buyer: JOE CARENZO

**CONTRACT:**          **RATING:**

| ITEM | QTY | U/M | FENN PART NUMBER / DESCRIPTION | FOB | SHIP VIA | TERMS | DEL QTY | DEL DATE | ACCT | DEL # | TAXABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 8 | EA | 414R3352-3  RING ASSY  STEEL SWASHPLATE | | | | REQ# 8 | 12278 ASAP | ACCT | 001 | 3040. |
| | | | Comment: CERTIFY TO P/N 414R3352-3   REV "NONE" | | | | | | | | 380.00 |
| | | | STEEL SWASHPLATE ASSY | | | | | | | | |
| | | | S/O 1547 RS-7  C/O N/A W/O 34186-0 | | | | | | | | |
| | | | (8pc's) S/N'S: WVM UW167 THRU WVM UW174 | | | | | | | | |
| | | | HEAT TREAT PER OP120 | | | | | | | | |
| | | | HEAT TREAT <CRITICAL> | | | | | | | | |
| | | | HEAT TREAT PER BAC5617 REV R, PSD 8-17 | | | | | | | | |
| 02 | 8 | EA | HARDNESS TEST    N  N/A | | | | REQ# 8 | ASAP | ACCT | 001 | 120. |
| | | | | | | | | | | | 15.00 |
| 03 | 1 | EA | DECARB TEST     N  N/A | | | | REQ# 1 | ASAP | ACCT | 001 | 53. |
| | | | | | | | | | | | 53.00 |
| | | | Comment: THE FOLLOWING PARA OF MIL-I-45208A APPLY; 3.1, 3.2.1, 3.2.2, 3.2.3, | | | | | | | | |
| | | | 3.3, 3.5, 3.7, & 3.12. | | | | | | | | |

TOTAL: 3213.

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTORIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY, AND TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT

# Fenn Manufacturing

**PURCHASE ORDER**

27058

PAGE

**SHIP & INVOICE TO:**
300 Fenn Road
Newington, CT 06111
Tel. 860-666-2471  Fax 860-667-2103
F.A.A. Repair Station No. FNGR828K
CT Resale # 0728535-002

Deliver To:

23.300
BODYCOTE
2005 MONTGOMERY STREET
FORT WORTH    TX 76107-

Buyer: JOE CARENZO

RATING:   TAXABLE:

CONTRACT:

| FENN PART NUMBER | DEL QTY | DEL DATE | DEL # |
|---|---|---|---|

ANSI/NCSL Z540-1 (1994) APPLIES.

THE FOLLOWING PARA. OF MIL-Q-9858A APPLY 3.1, 3.2, 3.3, 5.1, 5.2, 6.2, 6.4.

REQUIREMENTS OF D8-0965 REV. A APPLY TO THIS ORDER.

ALL CERTIFICATIONS MUST INCLUDE PART NO., PART NO. REV, OPERATION NO., SPECIFICATION REVISIONS, AMENDMENTS AND PSD'S, SERIAL NOS., AND AN AUTHORIZED SIGNATURE AND TYPED NAME AND TITLE OF COMPANY EMPLOYEE, WHO HAS BEEN PREVIOUSLY DESIGNATED IN WRITING TO FENN MFG. BY A COMPANY OFFICER, AS BEING AUTHORIZED TO CERTIFY THIS MATERIAL/PROCESS.

ALL SPECIFICATION REVISIONS AND PSD'S ARE LISTED IN BOEING'S DOCUMENT D1-4426 CERTIFY TO PSD'S 8-* THAT ARE APPLICABLE.

*******************************
CERTIFICATION MUST STATE ***"FLIGHT SAFETY PART"***
*******************************

CERT MUST STATE "CRITICAL CHARACTERISTIC"

THE REQUIREMENTS OF THIS PURCHASE ORDER MUST BE FLOWED DOWN TO SUB-TIER SUPPLIERS.

☐ YOU ARE TO FURNISH THREE (3) COPIES OF NOTARIZED REPORTS, CONTAINING HEAT AND OR MELT NUMBERS AND COMPLETE CHEMICAL AND PHYSICAL PROPERTIES APPLY. ING TO MATERIALS SPECIFIED ON THIS ORDER CERTIFICATIONS MUST ACCOMPANY EACH SHIPMENT



5-1964 - 1/2/=

5-1964 - 1/2/=