# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET  FORT WORTH, TEXAS  76107-4012
PHONE (817) 737-6651    METRO (817) 429-2248  FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-2

| SHOP ORDER NUMBER |
|---|
| CUSTOMER PO |
| 26886 |

**SOLD TO:**
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CT
06111

**SHIP TO:**
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CO
06111

| TE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| '08/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| DEN AND TEMPER 150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY. SO:1345  WO:33949-0 |
| | SN'S: WVM UW161 THRU WVM UW166 |
| | "FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

numbers UW162, UW165, UW166

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| HEAT | 44 | 2 OF 2 | 1000 F | 03:00 | |
| DEN | 40 | 2 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |
| RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |

orrected Certification

| ST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| RTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 34.0 RC TO 38.0 RC |

(Southwest), Inc.
...that the parts listed above have been treated in accordance with the above
specifications, and that the above statements are true. Temperatures and
results were obtained through standard approved methods, and the hardness is
...ted for the parts in their present state of completion.

CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER
1/23/99

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
_5 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

RECEIVED
DEC -1 PM 12:44

**CERTIFIED TEST REPORT**
CERTIFICATION NUMBER - 049418-1

SHOP ORDER NUMBER

CUSTOMER PO
27058

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CT
             06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CO
             06111

| E CERTIFIED | CUST NO | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 27/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| DEN AND TEMPER 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 |
|  | SN:WVM UW167 THRU WVM UW174 |
|  | "FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

r  umbers UW168, UW169, UW170, UW172

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| HEAT | 42 | 1 OF 2 | 1000 F | 03:00 | |
| DEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| RE-TEMPER | 71 | 1 OF 2 | 1075 F | 04:00 | AIR COOL |

l four parts on this certification were processed together as one load.

rrected Certification

| ST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| RTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 36.5 RC TO 38 RC |

(Southwest), Inc.
. . the parts listed above have been treated in accordance with the above specifications, and that the above statements are true. Temperatures and results were obtained through standard approved methods, and the hardness is ied for the parts in their present state of completion.

CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER

STP 12 REV - 11/23/99

25

# Bodycote

**THERMAL PROCESSING**

RECEIVED
FENN MFG CO

Bodycote (Southwest), Inc.
MONTGOMERY STREET FORT WORTH, TEXAS 76107-4002
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

CERTIFIED TEST REPORT

CERTIFICATION NUMBER - 049418-2

| SHOP ORDER NUMBER |
|---|
| |
| CUSTOMER PO |
| 27058 |

| SOLD TO | SHIP TO |
|---|---|
| FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON          CT<br>                     06111 | FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON          CO<br>                     06111 |

| CERTIFIED | CUST NO | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 27/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER<br>34-38 RC | BACS617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0<br>SN:WVM UW167 THRU WVM UW174<br>"FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

Serial numbers UW167, UW171, UW173, UW174

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| HEAT | 42 | 2 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 2 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| RE-TEMPER | 73 | 2 OF 2 | 1075 F | 04:00 | AIR COOL |

~~four parts on this certification were processed together as one load.~~

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 37 RC TO 38 RC |

Bodycote (Southwest), Inc.
The parts listed above have been treated in accordance with the above specifications, and that the above statements are true. Temperatures and times were obtained through standard approved methods, and the hardness is valid for the parts in their present state of completion.

CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE

EDWARD J. GILL, QUALITY ASSURANCE MANAGER
TITLE

BTP 12 REV - 11/23/99

4-00 12:22 PM  BODYCOTE                                    81 779610          P.01

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651  METRO (817) 429-2246  FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 038297-1/2/3/4

SHOP ORDER NUMBER
CUSTOMER PO
25593

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 1/14/00 | 27820 | 4340 |  | 34-38 RC |

PROCESS DESCRIPTION: HARDEN 34-38 RC  150-170 KSI

YOUR SPECIFICATIONS: BAC5617R PSD 8-17

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 13 | 414R3352-3  SO:1346  WO:33107-0 |
|  | SN'S: UW151, UW152, UW154, UW160, UW144, UW149, UW150, |
|  | UW155, UW156, UW158, UW140, UW143, UW159 |

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| REHEAT | 44 |  | 1000 F | 03:00 | 75/140F OIL QUENCH |
| HARDEN | 40 |  | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 |  | 1025 F | 04:00 | AIR COOL |

TEST PIECES
PARTS TESTED

TESTING INSTRUMENT: ROCKWELL C

HARDNESS RANGE OF TEST PIECES
HARDNESS RANGE OF PARTS: 37 RC TO 38 RC

Bodycote (Southwest), Inc. certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
ALBERT SARABIA, QUALITY ASSURANCE   REV - 11-23-99

JAN-14-00 12:22 PM   BODYCOTE   8173779610                    173779610            P.01

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651 | METRO (817) 429-2248 FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 038297-1/2/3/4

SHOP ORDER NUMBER
CUSTOMER PO
25593

145 - 034734
153 - 035434
164 - IR035611

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON  CT
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 01/14/00 | 27820 | 4340 | | 34-38 RC |

PROCESS DESCRIPTION / YOUR SPECIFICATIONS
HARDEN 34-38 RC
150-170 KSI
BAC5617R PSD 8-17

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 13 | 414R3352-3  SO:1346  WO:33107-0 |
| | SN'S: UW151,UW152,UW154,UW160,UW144,UW149,UW150, |
| | UW155,UW156,UW158,UW140,UW143,UW159 |

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | | 1000 F | 03:00 | |
| HARDEN | 40 | | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | | 1025 F | 04:00 | AIR COOL |

TEST PIECES                 TESTING INSTRUMENT              HARDNESS RANGE OF TEST PIECES

TS TESTED                   TESTING INSTRUMENT              HARDNESS RANGE OF PARTS
                            ROCKWELL C                      37 RC TO 38 RC

Bodycote (Southwest), Inc.
certifies that the parts tested above have been treated in accordance with the above
listed specifications, and that the above statements are true. Temperatures and
test results were obtained through standard approved methods, and the hardness is
certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE

ALBERT SARABIA, QUALITY ASSURANCE   REV - 11 23 99

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 049418-2

SHOP ORDER NUMBER

CUSTOMER PO
27058

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CT
06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CO
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 08/25/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 SN:WVM UW167 THRU WVM UW174 "FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 42 | 2 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 2 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 73 | 2 OF 2 | 1075 F | 04:00 | AIR COOL |

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 37 RC TO 38 RC |

Bodycote (Southwest), Inc.
We certify that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE

SEAN GILL, QUALITY ASSURANCE MANAGER
TITLE

BTP 12 REV - 11/23/99

# Bodycote

## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 049418-1

| SHOP ORDER NUMBER |
|---|
| CUSTOMER PO |
| 27058 |

**SOLD TO:**
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT
06111

**SHIP TO:**
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CO
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 08/25/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 |
|  | SN: WVM UW167 THRU WVM UW174 |
|  | "FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 42 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 71 | 1 OF 2 | 1075 F | 04:00 | AIR COOL |

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 36.5 RC TO 38 RC |

Bodycote (Southwest), Inc. certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
SEAN GILL, QUALITY ASSURANCE MANAGER
STP 12 REV - 11-23-99

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6661  METRO (817) 429-2248  FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-1

| SHOP ORDER NUMBER |
|---|
| |
| CUSTOMER PO |
| 26886 |

| SOLD TO | SHIP TO |
|---|---|
| FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON   CT<br>06111 | FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON   CO<br>06111 |

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/08/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER<br>TO 150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY.SO:1345  WO:33949-0<br>SN'S:WVM UW161 THRU WVM UW166<br>"FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

Serial numbers UW161, UW163, UW164

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 35.0 RC TO 38.0 RC |

Bodycote (Southwest), Inc.
certifies that the parts listed above have been treated in accordance with the above
listed specifications, and that the above statements are true. Temperatures and
test results were obtained through standard approved methods, and the hardness is
certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER
STP 12 REV - 11/23.

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2246   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-2

| SHOP ORDER NUMBER |
|---|
| |
| CUSTOMER PO |
| 26886 |

| SOLD TO | SHIP TO |
|---|---|
| FENN MANUFACTURING COMPANY<br>FENN ROAD<br>NEWINGTON    CT<br>06111 | FENN MANUFACTURING COMPANY<br>FENN ROAD<br>NEWINGTON    CO<br>06111 |

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/08/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER<br>TO 150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY.SO:1345   WO:33949-0<br>SN'S:WVM UW161 THRU WVM UW166<br>"FLIGHT SAFETY PARTS"   "CRITICAL CHARACTERISTIC" |

rial numbers UW162, UW165, UW166

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | 2 OF 2 | 1000 F | 03:00 | 75/140F OIL QUENCH |
| HARDEN | 40 | 2 OF 2 | 1525 F | 02:00 | |
| AIR TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 34.0 RC TO 38.0 RC |

Bodycote (Southwest), Inc.
certifies that the parts listed above have been treated in accordance with the above
listed specifications, and that the above statements are true. Temperatures and
test results were obtained through standard approved methods, and the hardness is
certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER

BTP 12 REV - 11/23/9

## Bodycote

### THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-2

| SHOP ORDER NUMBER |
|---|
| |
| CUSTOMER PO |
| 26886 |

**SOLD TO:**
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT
06111

**SHIP TO:**
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CO
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/08/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY.SO:1345  WO:33949-0 |
| | SN'S:WVM UW161 THRU WVM UW166 |
| | "FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

~~rial numbers UW162, UW165, UW166~~

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | 2 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 2 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 34.0 RC TO 38.0 RC |

Bodycote (Southwest) Inc. certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER

BTP 12 REV - 11/23

# Bodycote
## THERMAL PROCESSING

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER · 046282-1

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651  METRO (817) 429-2248  FAX (817) 377-9610

SHOP ORDER NUMBER

CUSTOMER PO
26886

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CT
06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON    CO
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/08/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY. SO:1345  WO:33949-0 |
| | SN'S: WVM UW161 THRU WVM UW166 |
| | "FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

ial numbers UW161, UW163, UW164

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 35.0 RC TO 38.0 RC |

Bodycote (Southwest), Inc.
certifies that the parts listed above have been treated in accordance with the above
listed specifications, and that the above statements are true. Temperatures and
test results were obtained through standard approved methods, and the hardness is
certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER
BTP 12 REV - 11/23/S

# Bodycote

**THERMAL PROCESSING**

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651  METRO (817) 429-2248  FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-1

SHOP ORDER NUMBER

CUSTOMER PO
26886

| SOLD TO | SHIP TO |
|---|---|
| FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON     CT<br>              06111 | FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON     CO<br>              06111 |

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 1/09/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER<br>TO 150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY. SO:1345  WO:33949-0<br>SN'S: WVM UW161 THRU WVM UW166<br>"FLIGHT SAFETY PARTS"   "CRITICAL CHARACTERISTIC" |

al numbers UW161, UW163, UW164

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |
| AIR RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |

All three parts on this certification were processed together as one load.

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 35.0 RC TO 38.0 RC |

Bodycote (Southwest), Inc.
..ee that the parts listed above have been treated in accordance with the above
listed specifications, and that the above statements are true. Temperatures and
test results were obtained through standard approved methods, and the hardness is
certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER  1/23/99
TITLE

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
'S MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651  METRO (817) 429-2248  FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-2

| SHOP ORDER NUMBER |
|---|
|  |
| **CUSTOMER PO** |
| 26886 |

| SOLD TO | SHIP TO |
|---|---|
| FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON      CT<br>              06111 | FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON      CO<br>              06111 |

| TE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| '13/00 | 27820 | 4340 |  | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| RDEN AND TEMPER<br>150-170 KSI | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY.SO:1345  WO:33949-0<br>SN'S:WVM UW161 THRU WVM UW166<br>"FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

~~erial numbers UW161, UW163, UW164~~

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| HEAT | 44 | 2 OF 2 | 1000 F | 03:00 |  |
| DEN | 40 | 2 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |
| RE-TEMPER | 69 | 2 OF 2 | 1075 F | 06:00 | AIR COOL |

~~All three parts on this certification were processed together as one load.~~

Corrected Certification

| ST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| ARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
|  | ROCKWELL C | 34.0 RC TO 38.0 RC |

e (Southwest), Inc.
that the parts listed above have been treated in accordance with the above
ed specifications, and that the above statements are true. Temperatures and
t results were obtained through standard approved methods, and the hardness is
ified for the parts in their present state of completion.

A CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
T WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
15 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
(817) 737-6661  METRO (817) 429-2248  FAX (817) 377-8610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 046282-1

| SHOP ORDER NUMBER |
|---|
| |
| **CUSTOMER PO** |
| 26886 |

| SOLD TO | SHIP TO |
|---|---|
| FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON     CT<br>                 06111 | FENN MANUFACTURING COMPANY<br>FENN ROAD<br><br>NEWINGTON     CO<br>                 06111 |

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| /13/00 | 27820 | 4340 | | 34-38 RC |
| **PROCESS DESCRIPTION** | | | **YOUR SPECIFICATIONS** | |
| HARDEN AND TEMPER<br>150-170 KSI | | | BAC5617R PSD 8-17 | |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 3 | 414R3352-3 SWASH PLATE ASSY. SO:1345  WO:33949-0 |
| | SN'S: WVM UW161 THRU WVM UW166 |
| | "FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

~~serial numbers UW162, UW165, UW166~~

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 44 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |
| RE-TEMPER | 69 | 1 OF 2 | 1075 F | 06:00 | AIR COOL |

~~All three parts on this certification were processed together as one load.~~

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 35.0 RC TO 38.0 RC |

Bodycote (Southwest), Inc.
that the parts listed above have been treated in accordance with the above
specifications, and that the above statements are true. Temperatures and
results were obtained through standard approved methods, and the hardness is
certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT
WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE

EDWARD I. GILL QUALITY ASSURANCE MANAGER    1/23/9
TITLE

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651  METRO (817) 429-2248  FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 049418-1

SHOP ORDER NUMBER

CUSTOMER PO
27058

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT
06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CO
06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/27/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 |
| | SN:WVM UW167 THRU WVM UW174 |
| | "FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

Serial numbers UW168, UW169, UW170, UW172

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 42 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 71 | 1 OF 2 | 1075 F | 04:00 | AIR COOL |

All four parts on this certification were processed together as one load.

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 36.5 RC TO 38 RC |

Bodycote (Southwest), Inc.
Certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER
TITLE

## Bodycote
### THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 049418-2

SHOP ORDER NUMBER

CUSTOMER PO
27058

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT   06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CO   06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/27/00 | 27820 | 4340 |  | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 |
|  | SN: WVM UW167 THRU WVM UW174 |
|  | "FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

rial numbers UW167, UW171, UW173, UW174

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 42 | 2 OF 2 | 1000 F | 03:00 |  |
| HARDEN | 40 | 2 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 73 | 2 OF 2 | 1075 F | 04:00 | AIR COOL |

All four parts on this certification were processed together as one load.

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
|  | ROCKWELL C | 37 RC TO 38 RC |

Bodycote (Southwest), Inc.
certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER

# Bodycote
## THERMAL PROCESSING

Bodycote (Southwest), Inc.
2005 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 049418-1

SHOP ORDER NUMBER

CUSTOMER PO: 27058

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT   06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CO   06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/27/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 |
| | SN:WVM UW167 THRU WVM UW174 |
| | "FLIGHT SAFETY PARTS"  "CRITICAL CHARACTERISTIC" |

Serial numbers UW168, UW169, UW170, UW172

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 42 | 1 OF 2 | 1000 F | 03:00 | |
| HARDEN | 40 | 1 OF 2 | 1525 F | 02:00 | 75/140F OIL QUENCH |
| AIR TEMPER | 69 | 1 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 71 | 1 OF 2 | 1075 F | 04:00 | AIR COOL |

All four parts on this certification were processed together as one load.

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| 1 | ROCKWELL C | 36.5 RC TO 38 RC |

Bodycote (Southwest), Inc. certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER
TITLE

BTP 12 REV - 11/2

## Bodycote
### THERMAL PROCESSING

Bodycote (Southwest), Inc.
2006 MONTGOMERY STREET FORT WORTH, TEXAS 76107-4012
PHONE (817) 737-6651   METRO (817) 429-2248   FAX (817) 377-9610

**CERTIFIED TEST REPORT**

CERTIFICATION NUMBER - 049418-2

SHOP ORDER NUMBER

CUSTOMER PO: 27058

SOLD TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CT   06111

SHIP TO:
FENN MANUFACTURING COMPANY
FENN ROAD
NEWINGTON   CO   06111

| DATE CERTIFIED | CUST NO. | MATERIAL | PART NO. | REQUIRED HARDNESS |
|---|---|---|---|---|
| 11/27/00 | 27820 | 4340 | | 34-38 RC |

| PROCESS DESCRIPTION | YOUR SPECIFICATIONS |
|---|---|
| HARDEN AND TEMPER TO 34-38 RC | BAC5617R PSD 8-17 |

| QUANTITY | PARTS DESCRIPTION |
|---|---|
| 4 | 414R3352-2 SWASH PLATE ASSY. SO#1547 WO#34186-0 |
| | SN: WVM UW167 THRU WVM UW174 |
| | "FLIGHT SAFETY PARTS" "CRITICAL CHARACTERISTIC" |

Serial numbers UW167, UW171, UW173, UW174

| PROCESS | FURNACE | LOAD NO. | TEMPERATURE | TIME AT TEMP | COOLING METHOD |
|---|---|---|---|---|---|
| PREHEAT | 42 | 2 OF 2 | 1000 F | 03:00 | 75/140F OIL QUENCH |
| HARDEN | 40 | 2 OF 2 | 1525 F | 02:00 | |
| AIR TEMPER | 69 | 2 OF 2 | 1050 F | 04:00 | AIR COOL |
| AIR RE-TEMPER | 73 | 2 OF 2 | 1075 F | 04:00 | AIR COOL |

All four parts on this certification were processed together as one load.

Corrected Certification

| TEST PIECES | TESTING INSTRUMENT | HARDNESS RANGE OF TEST PIECES |
|---|---|---|
| PARTS TESTED | TESTING INSTRUMENT | HARDNESS RANGE OF PARTS |
| | ROCKWELL C | 37 RC TO 38 RC |

Bodycote (Southwest), Inc.
Certifies that the parts listed above have been treated in accordance with the above listed specifications, and that the above statements are true. Temperatures and test results were obtained through standard approved methods, and the hardness is certified for the parts in their present state of completion.

THIS CERTIFIED TEST REPORT SHALL NOT BE REPRODUCED, EXCEPT IN FULL WITHOUT THE WRITTEN APPROVAL OF Bodycote (Southwest), Inc.

APPROVED SIGNATURE
EDWARD J. GILL, QUALITY ASSURANCE MANAGER

BTP 12 REV - 11/23/9

TITLE