FILED

APR 8  2 40 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BODYCOTE (SOUTHWEST), INC., a Texas corporation, | ) CIVIL ACTION ) ) |
| Plaintiff and Counterdefendant, | ) ) ) |
| | ) CASE NO. 3:01 CV 1985 (MRK) ) |
| UNITED DOMINION INDUSTRIES, INC., a Delaware corporation, d/b/a Fenn Manufacturing Company, | ) AT NEW HAVEN ) ) ) |
| Defendant and Counterplaintiff. | ) APRIL 1, 2004 |

### STIPULATED NOTICE OF DISMISSAL

Bodycote (Southwest), Inc. and United Dominion Industries, Inc., d/b/a Fenn Manufacturing Company, by their respective attorneys, having resolved all claims between them, hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the entry of an Order of Dismissal in the form attached hereto, and respectfully request that the Court enter that Order of Dismissal.

Dated: APRIL 1, 2004                                BODYCOTE (SOUTHWEST), INC.

By: _____
    One of its attorneys

Randall G. Vaughan, Esq.
PRAY, WALKER, JACKMAN,
    WILLIAMSON & MARLAR
900 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
Tel: (918) 581-5513
Fax: (918) 581-5599

William J. Melley, III, Esq.
Federal Bar No. CT06355
LAW OFFICE OF WILLIAM J. MELLEY, III
250 Hudson Street
Hartford, Connecticut 06106
Tel: (860) 247-9933
Fax: (860) 247-9944

UNITED DOMINION INDUSTRIES, INC.
d/b/a Fenn Manufacturing Company

By: _____
      One of its attorneys

Ross B. Bricker, Esq.
Federal Bar No. CT23742
David C. Layden, Esq.
Federal Bar No. CT23743
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Tel:   (312) 923-2796
Fax:   (312) 840-7796

Michael D. O'Connell, Esq.
Federal Bar No. CT05299
Diane C. Mokriski, Esq.
Federal Bar No. CT21114
O'CONNELL, FLAHERTY &
ATTMORE
280 Trumbull Street
Hartford, Connecticut 06103-3598
Tel:   (860) 548-1300
Fax:   (860) 548-0023

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BODYCOTE (SOUTHWEST), INC., a Texas corporation, | ) CIVIL ACTION ) ) |
| Plaintiff and Counterdefendant, | ) ) ) |
| | ) CASE NO. 3:01 CV 1985 ) |
| UNITED DOMINION INDUSTRIES, INC., a Delaware corporation, d/b/a Fenn Manufacturing Company, | ) AT NEW HAVEN ) ) ) |
| Defendant and Counterplaintiff. | ) ) APRIL 1, 2004 |

### ORDER OF DISMISSAL

The Court, having been advised that Bodycote (Southwest), Inc. and United Dominion Industries, Inc. have resolved all claims between them, and having reviewed the Stipulated Notice of Dismissal filed by the parties,

**HEREBY ORDERS THAT:**

1. This action is dismissed, without prejudice, with each party to bear its own costs.

Dated:_____

_____
MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE