FILED
APR 9   2 40 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BODYCOTE (SOUTHWEST), INC., a Texas corporation, | ) CIVIL ACTION )  ) |
| Plaintiff and Counterdefendant, | ) ) ) |
|  | ) CASE NO. 3:01 CV 1985 (MRK) ) |
| UNITED DOMINION INDUSTRIES, INC., a Delaware corporation, d/b/a Fenn Manufacturing Company, | ) AT NEW HAVEN ) ) ) |
| Defendant and Counterplaintiff. | ) APRIL 1, 2004 |

## STIPULATED NOTICE OF DISMISSAL

Bodycote (Southwest), Inc. and United Dominion Industries, Inc., d/b/a Fenn Manufacturing Company, by their respective attorneys, having resolved all claims between them, hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the entry of an Order of Dismissal in the form attached hereto, and respectfully request that the Court enter that Order of Dismissal.

Dated: APRIL 1, 2004                                    BODYCOTE (SOUTHWEST), INC.

                                                        By: _____
                                                            One of its attorneys

Randall G. Vaughan, Esq.                                William J. Melley, III, Esq.
PRAY, WALKER, JACKMAN,                                  Federal Bar No. CT06355
    WILLIAMSON & MARLAR                                 LAW OFFICE OF WILLIAM J.
900 ONEOK Plaza                                         MELLEY, III
100 West Fifth Street                                   250 Hudson Street
Tulsa, Oklahoma 74103                                   Hartford, Connecticut 06106
Tel: (918) 581-5513                                     Tel: (860) 247-9933
Fax: (918) 581-5599                                     Fax: (860) 247-9944

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk